**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 60th JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:   NO. 485
:
:   MAGISTERIAL RULES DOCKET
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 60th Judicial District (Pike County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 60-3-01, 60-3-02, 60-3-03, and 60-3-04, within Pike County, to be effective immediately, is granted.

    Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 60-3-01<br>Magisterial District Judge Deborah Fischer | Matamoras Borough<br>Milford Borough<br>Milford Township<br>Westfall Township |
| Magisterial District 60-3-02<br>Magisterial District Judge Randy S. Schmalzle | Blooming Grove Township<br>Greene Township<br>Palmyra Township |
| Magisterial District 60-3-03<br>Magisterial District Judge Alan B. Cooper | Dingman Township<br>Lackawaxen Township<br>Shohola Township |

Magisterial District 60-3-04                                Delaware Township
Magisterial District Judge Paul D. Menditto       Lehman Township
                                               Porter Township